IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-CR-00267** |
| | : | |
| **v.** | : | |
| | : | |
| **DARRYL NELSON** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Darryl Nelson's motion for relief pursuant to 28 U.S.C. § 2255 (Docs. 46-47) is **DENIED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: September 11, 2020